IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:06CR3169 |
| ) | |
| TOBY MULHOLLAND, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to provisionally release Mr. Mulholland from federal custody so that he may resolve a state charge pending against him in the Lancaster County District Court, filing 11.  Being fully advised in the premises, and noting that the Government has no objection, this Court finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from federal custody directly to the Lancaster County Jail.  The United States Marshals shall lodge a detainer against Mr. Mulholland with the Lancaster County Authorities so that when Mr. Mulholland completes the service of any sentence imposed against him by the Lancaster County District Court, he shall be immediately be returned to federal custody.

DATED this 20th day of December, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge